**Order entered February 11, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00443-CR

**JEREMY KANE QUASCHNICK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-80333-2019**

## ORDER

This appeal was perfected on June 14, 2021. Appellant's brief was initially due on September 18, 2021. We granted two extensions, making the brief due November 19, 2021. That same day, appellant filed a third motion for an extension of time which only recently came to the Court's attention.

We **GRANT** the motion to the extent we **ORDER** appellant's brief due by February 25, 2022. No further extensions of time will be granted absent

extenuating circumstances. If a brief is not filed by that date, we will abate the appeal for a hearing. *See* TEX. R. APP. P. 38.8(b)(3).

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE